# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES M. HOLLIER,<br><br>       Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, d/b/a METLIFE,<br><br>       Defendant. | Case No: 5:17-CV-1077 M |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, James M. Hollier, and Defendant, Metropolitan Life Insurance Company, d/b/a MetLife, by and through their counsel of record, hereby stipulate that the above-captioned action be dismissed with prejudice, with each party bearing its own attorneys' fees, costs and expenses.

           **MANSELL ENGEL & COLE**

           By: s/Steven S. Mansell
            Steven S. Mansell, OBA #10584
            Mark A. Engel, OBA #10796
            Kenneth G. Cole, OBA #11792
            M. Adam Engel, OBA #32384
            101 Park Avenue, Suite 665
            Oklahoma City, OK 73102-7201
            T: (405) 232-4100 ** F: (405) 232-4140
            Firm E-mail: mec@meclaw.net

           **ATTORNEYS FOR PLAINTIFF**

s/Andrew Bowman
*(signed by filing counsel with permission)*
Larry D. Ottaway, OBA #6816
Andrew Bowman, OBA #22071
**FOLIART HUFF OTTAWAY & BOTTOM**
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK  73102
T: (405) 232-4633 ** F:  (405) 323-3462

Christopher F. Petillo – *pro hac vice*
Sandra K. Jones – *pro hac vice*
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103
T: (215) 988-2993 ** F: (215) 988-2757
Email:  Sandra.jones@dbr.com
         Christopher.petillo@dbr.com

**ATTORNEYS FOR DEFENDANT**
